IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHARON BAUER, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Crim. No. **PJM 20-1212** |
| | * | |
| **MARC ELRICH, et al.,** | * | |
| | * | |
| Defendants. | * | |

## FINAL ORDER OF JUDGMENT

Having considered Plaintiffs Sharon Bauer and Richard Jurgena's Motion for Summary Judgment, ECF No. 29, Defendants Marc Elrich and Raymond Crowel's Motion for Summary Judgment, ECF No. 28, and the Oppositions thereto, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 25th day of June, 2020

**ORDERED**

1. Plaintiffs' Motion for Summary Judgment, ECF No. 29, is **DENIED**;

2. Defendants' Motion for Summary Judgment, ECF No. 28, is **GRANTED**;

3. Final Judgment is **ENTERED** in favor of Defendants Marc Elrich and Raymond Crowel, acting in their official capacities respectively as County Executive and Director of the Department of Health and Human Services of Montgomery County, Maryland, and against Plaintiff Taxpayers Sharon Bauer and Richard Jurgena;

4. The Court's prior Order that Defendants preserve undistributed at least twenty-five (25%) of the remaining EARP funds, *see* ECF No. 34 ¶ 2, is **VACATED** and said funds may be distributed according to the EARP procedure; and

5. The Clerk of the Court is directed to **CLOSE** this case.

                                     /s/
                         **PETER J. MESSITTE**
               **UNITED STATES DISTRICT JUDGE**